JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EDWARD HOGAN,<br><br>Petitioner,<br><br>vs.<br><br>HEDGPETH, Warden,<br><br>Respondent. | Case No. CV 09-2992-JST (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 01·27·11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE